UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| FRANK MORROW,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF OAKLAND, et al.<br><br>　　　　　　　Defendants.<br>_____/ | No. C 11-02351 LB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO SERVE COMPLAINT AND SUMMONS** |

　　On May 12, 2011, *pro se* plaintiff Frank Morrow sued the City of Oakland, California and numerous other individuals (collectively, "Defendants") for violation of state and federal law in relation to his employment as an Oakland Police Officer. *See* Original Complaint, ECF No. 1. On September 14, 2011 – 125 days after he filed his Original Complaint, which it appears he never served on Defendants – Morrow filed a First Amended Complaint. FAC, ECF No. 6.

　　Shortly thereafter, Morrow filed a letter under Federal Rule of Civil Prcedure 4(m) requesting additional time to serve Defendants. Request, ECF No. 9. In the letter, Morrow explains that he needs the additional time because he is taking leave from his current job under the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq*., to assist his elderly mother, who resides in Illinois. *Id*. He also notes that he anticipates finding legal representation in this matter in the near future. *Id*.

　　Under Rule 4(m), if a plaintiff fails to serve a defendant within 120 days after the original complaint is filed, "the court – on motion on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified

C 11-02351

time." Fed. R. Civ. P. 4(m).  However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  *Id*.  Here, although Morrow has already missed the presumptive 120-day deadline for service, the court finds good cause to extend it.  Accordingly, the court GRANTS Morrow's request.  He shall serve the complaint and summons on Defendants no later than December 8, 2011.  This is 90 days past the presumptive 120-day deadline.  Should Morrow fail to serve Defendants by then, he runs the risk of having his case dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: October 3, 2011

_____
LAUREL BEELER
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

C 11-02351

2