UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| FRANK MORROW, | No. CV11-02351 LB |
|     Plaintiff, | **ORDER** |
|     v. | |
| CITY OF OAKLAND, et al., | |
|     Defendants. | |

The court asks Mr. Wilson to submit a short filing (a paragraph is plenty) with the process he contemplates for the exchange of Rule 56(c) declarations. The court would like to file its discovery order on November 27, 2012 to keep things moving along.

**IT IS SO ORDERED**.

Dated: November 26, 2012

_____
LAUREL BEELER
United States Magistrate Judge

ORDER
CV11-02351 LB