UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

FRANK MORROW,                                                   No. CV11-02351 LB

    Plaintiff,

    v.                                                                           **ORDER**

CITY OF OAKLAND, et al.,

    Defendants.
_____/

    The court asks Mr. Wilson to submit a short filing (a paragraph is plenty) with the process he contemplates for the exchange of Rule 56(c) declarations.  The court would like to file its discovery order on November 27, 2012 to keep things moving along.

**IT IS SO ORDERED**.

Dated: November 26, 2012                         _____
                                                        LAUREL BEELER
                                                        United States Magistrate Judge

ORDER
CV11-02351 LB