UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

FRANK MORROW,

          Plaintiff,

  v.

CITY OF OAKLAND, et al.

          Defendants.

No. C 11-02351 LB

**ORDER DIRECTING PLAINTIFF NOT TO FILE ANY MORE PROPOSED JOINT STATEMENTS OF UNDISPUTED FACTS**

    The court has ordered the parties to submit a joint statement of undisputed facts prior to their filing motions for summary judgment. Presumably, the parties continue to meet and confer regarding this submission. Mr. Morrow, for his part, has filed all of his proposed joint statements of undisputed facts in the record in this case. This is unnecessary. Proposed joint statements of undisputed facts are to be served on the other side, not filed in the record. Only the final joint statement of undisputed facts is to be filed in the record. Accordingly, Mr. Morrow is directed to stop filing his proposed joint statements of undisputed facts in the record.

**IT IS SO ORDERED.**

Dated: April 8, 2013

                                                LAUREL BEELER
                                                United States Magistrate Judge