UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| FRANK MORROW,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OAKLAND, et al.,<br><br>　　　　　　Defendants.<br>_____/ | No. C 11-02351 LB<br><br>**ORDER (1) REGARDING DEFENDANTS' ANTICIPATED MOTION FOR SUMMARY JUDGMENT AND (2) CONTINUING THE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>[Re: ECF No. 162] |

　　In this case, there is a further case management conference on calendar for September 12, 2013. In their joint case management conference statement, the parties ask that it be continued because Defendants would like to file, within about 30 days, a motion for summary judgment and because the parties have made progress on the required joint statement of undisputed facts with respect to it.

　　This sounds fine to the court, but it presents a scheduling problem. Currently, the last day for hearing dispositive motions is October 17, 2013. If Defendants do not file their motion for summary judgment until late September or early October, there obviously will not be enough time for full briefing before that hearing date. So, in light of the parties' representations, the court finds good cause to allow Defendants to notice their motion for hearing after the October 17, 2013 deadline. The court also wishes to remind Defendants that, depending when they file their motion, they still must notice it for hearing in accordance with Civil Local Rule 7, and that the court's civil law and motions calendars for November take place on November 7, 2013 and November 21, 2013.

C 11-02351 LB
ORDER

1  To keep things on track, the court **CONTINUES** the further case management conference from September 12, 2013 to **October 10, 2013 at 11:00 a.m.** in Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94131.  Assuming Defendants have filed their motion for summary judgment by then, the parties may ask the court to vacate the October 10, 2013 further case management conference as unnecessary.

**IT IS SO ORDERED.**

Dated: September 6, 2013

_____
LAUREL BEELER
United States Magistrate Judge