UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| FRANK MORROW, | No. C 11-02351 LB |
| Plaintiff, | **ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

A case management conference is set for October 10, 2013. Yesterday, Defendants timely filed a case management conference statement in which they state that they will file a joint statement of undisputed facts and a motion for summary judgment by October 11, 2013. Today, the court received Mr. Morrow's request that the conference, and all other dates in the case, be continued for about 90 days. (The court will file Mr. Morrow's request, which he simply mailed to the court.)

Given Mr. Morrow's request, the court finds good cause to continue the case management conference for one week to **11:00 a.m. on October 17, 2013**. If he prefers, Mr. Morrow may appear at it by telephone. To do so, he should make arrangements with the courtroom deputy Lashanda Scott (415-522-3140) by October 14, 2013. Defendants also may appear at it by telephone, but if they do, they should appear through CourtCall. The parties are directed to meet and confer regarding scheduling and submit proposals for it in their case management conference statement, which they shall file by **October 11, 2013**.

Defendants still shall file the joint statement of undisputed facts and motion for summary

C 11-02351 LB
ORDER

judgment by **October 11, 2013**.

**IT IS SO ORDERED.**

Dated: October 4, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 11-02351 LB
ORDER

2